UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                v.<br><br>BENDIX HOME APPLIANCES, INC.<br>and TELECOIN CORPORATION,<br>        Defendants. | 1:20-mc-488<br><br>(Original Civil Action No. 39-247) |

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: December 7, 2020

_____
P. Kevin Castel
United States District Judge